```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 14330
   STEVEN M. KRABBE
   PAMELA S KRABBE                              CHAPTER 13

                                                JUDGE: BRUCE W BLACK

          Debtor
   SSN XXX-XX-1860    SSN XXX-XX-2193
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 11/03/06 and confirmed on 01/17/07.

   2.  The case was dismissed after confirmation, 09/07/2007.

   3.  The Debtor paid a total of $  2658.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WASHINGTON MUTUAL BANK | CURRENT MORTG | .00 | .00 | .00 |
| WASHINGTON MUTUAL BANK | MORTGAGE ARRE | .00 | .00 | .00 |
| GMAC MORTGAGE CORP | SECURED | .00 | .00 | .00 |
| GMAC MORTGAGE CORP | MORTGAGE ARRE | .00 | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | 4208.93 | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | 3890.41 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 20409.16 | .00 | .00 |
| B REAL LLC | UNSECURED | 11052.94 | .00 | .00 |
| B REAL LLC | UNSECURED | 6431.14 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 5662.41 | .00 | .00 |
| CITICARDS PRIVATE LABEL | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | 4976.10 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1067.68 | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 1207.82 | .00 | .00 |
| ILLIANA FEDERAL C U | UNSECURED | NOT FILED | .00 | .00 |
| KOHLS | UNSECURED | 428.95 | .00 | .00 |
| WELLS FARGO FINANCIAL IN | UNSECURED | 1038.50 | .00 | .00 |
| BANK ONE/CHASE | UNSECURED | 1276.95 | .00 | .00 |
| WELLS FARGO FINANCIAL IN | UNSECURED | 2058.58 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

   Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 63709.57 | .00 | 63709.57 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | .00 | .00 | .00 |

The Debtor's attorney, JOHN C DENT                            , was allowed $   3000.00 and was paid $    329.00   direct and $   2534.29   through the plan.

The Trustee received $    123.71 .

Refunds to the Debtor totaled $        .00 .

　　Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 12/18/07                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




                         PAGE   2
     CASE NO. 06 B 14330 STEVEN M. KRABBE & PAMELA S KRABBE